UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WYNETTE NEDD on behalf of herself
and all other similarly situated consumers

                        Plaintiff,

-against-

FRONTLINE ASSET STRATEGIES LLC

                        Defendant.

---

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 15, 2018 ★

BROOKLYN OFFICE

Case No. 17-00654
17 - 2931

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, NY
       November 2nd 2017

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

Dated: Florham Park, NJ
       November 2nd, 2017

/s/ Matthew Gallo
Matthew Gallo, Esq.
Gordon & Rees LLP
Attorney for the Defendant
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Office: (973) 549-2524
Fax: (973) 377-1911
E-mail: mgallo@grsm.com

**So Ordered:** /s/ USDJ KIYO A. MATSUMOTO
**Kiyo A. Matsumoto**
**U.S. District Judge**
Brooklyn, NY
May 11, 2018